[No. 39497-5-I.     Division One.     March 30, 1998.]

WILLIAM C. STOOPS, *Appellant*, v. THE DEPARTMENT OF
RETIREMENT SYSTEMS, ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 94-2-04732-7, Larry E. McKeeman, J., entered September 20, 1996. *Affirmed* by unpublished opinion per Grosse, J., concurred in by Baker, C.J., and Ellington, J. Now published at 91 Wn. App. 898.

[No. 39726-5-I.     Division One.     March 30, 1998.]

*In the Matter of the Marriage of* RHONDA BURCH,
*Appellant*, and ROBERT R. BURCH, JR., *Respondent*.

Appeal from a judgment of the Superior Court for King County, No. 91-3-08918-7, Nancy Ann Holman, J., entered October 22, 1996. *Affirmed* by unpublished opinion per Cox, J., concurred in by Coleman and Grosse, JJ.

[No. 39833-4-I.     Division One.     March 30, 1998.]

THE STATE OF WASHINGTON, *Respondent*, v. P.R.W.,
*Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 96-8-03998-7, Richard A. Jones, J., entered November 6, 1996. *Affirmed* by unpublished opinion per Grosse, J., concurred in by Baker, C.J., and Becker, J.

[No. 39876-8-I.     Division One.     March 30, 1998.]

THE STATE OF WASHINGTON, *Respondent*, v. PATRICK LEROY
DOLAN, *Appellant*.

Appeal from a judgment of the Superior Court for Whatcom County, No. 96-1-00165-4, David A. Nichols, J., entered December 3, 1996. *Affirmed in part* and *reversed in part* by unpublished per curiam opinion.